OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R          $ 00.26⁵
0002003152   DEC 22 2014
MAILED FROM ZIP CODE 78701

12/15/2014

**LOPEZ, DAVID REY**          Tr. Ct. No. 769090-A          WR-71,831-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DAVID REY LOPEZ



MEBN3B 77002